1  TOMAS E. MARGAIN, Bar No. 193555
   JACOB SIDER, Bar No. 236084
2  LAW OFFICES OF TOMAS E. MARGAIN
   28 South First Street, Suite 210
3  San Jose, CA 95113
   Telephone: 408-279-4729
4  Fax: 415-297-4728
   margainlaw@hotmail.com
5

6  Attorneys for Plaintiff JOHN DAMON

7  HERBERT L. TERRERI
   LAW OFFICES OF HERBERT L. TERRERI
8  132 Mill Street, Suite 210
   Healdsburg, CA 95448
9  Telephone: 707-431-1933
   Fax: 707-431-2769
10

11 Attorney for Defendant RICHARD R. FENTON

12                    UNITED STATES DISTRICT COURT

13                FOR NORTHERN DISTRICT OF CALIFORNIA

14                           SAN FRANCISCO

15
   JOHN DAMON,                        Case No.: C 08 03488 PJH
16
              Plaintiff,
17
       vs.                            STIPULATION AND [PROPOSED]
18                                    ORDER TO CONTINUE DECEMBER 18,
                                      2008 CASE MANAGEMENT
19 RICHARD R. FENTON DBA FENTON       CONFERENCE TO JANUARY 15, 2009
   CONSTRUCTION SERVICES,
20
              Defendant
21

22

23
        The parties submit the following Stipulation, pleading that the Court order the Case
24
   Management Conference in this matter currently set for December 18, 2008 be continued to
25

- 1 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DECEMBER 18, 2008 CASE MANAGEMENT
CONFERENCE TO JANUARY 15, 2009

1

2        FOR DEFENDANT                          LAW OFFICES OF HERBERT L.
3                                               TERRERI

4

5   DATED:  12-10-08              By: /s/ Herbert L. Terreri
                                       Herbert L. Terreri
6

7

8   GOOD CAUSE APPEARING THEREFOR,

9   IT ORDERED:

10  1.    THAT THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO
          JANUARY 15, 2009.
11
    2.    THE JOINT CASE MANAGEMENT STATEMENT IS TO BE FILED BY
12        JANUARY 8, 2009.

13

14  DATED: 12/12/08

15

                                    IT IS SO ORDERED
                                    /s/
                                    Judge Phyllis J. Hamilton

(United States District Court, Northern District of California seal)

- 3 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DECEMBER 18, 2008 CASE MANAGEMENT
CONFERENCE TO JANUARY 15, 2009

January 15, 2009, and that the Joint Case Management Statement deadline of December 11, 2008 be re-set for January 8, 2009.

WHEREAS, the complaint in this matter was not served on Defendant until November 30, 2008;

WHEREAS, Defendant did not obtain counsel until December 6, 2008;

WHEREAS, counsel for Plaintiff and counsel for Defendant spoke with one another for the first time on December 10, 2008 and an answer is not due until after the date scheduled for the Case Management Conference;

WHEREAS, Plaintiff has provided Defendant with informal discovery which comprises all discoverable documents currently in Plaintiff's possession;

WHEREAS, Defendant is currently in the process of beginning good faith discovery disclosure;

WHEREAS, a meaningful Case Management Statement containing a damages estimate will require that Plaintiff examine Defendant's records of Plaintiff's hours worked and type of work performed.

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendant, through their respective counsel, as follows:

1. That the Court should please order that the Case Management Conference in this matter currently set for December 18, 2008 be continued to January 15, 2009.

2. That the Joint Case Management Statement deadline of December 11, 2008 be re-set for January 8, 2009.

3. This Stipulation may be signed in counterparts, and a facsimile signature shall have the same force and effect as an original signature.

**FOR PLAINTIFFS**                    **LAW OFFICES OF TOMAS E. MARGAIN**

DATED: _____          By: _____
                                    Jacob Sider

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DECEMBER 18, 2008 CASE MANAGEMENT CONFERENCE TO JANUARY 15, 2009