UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DAMON,

    Plaintiff(s),                         No. C 08-3488 PJH

    v.                               **ORDER TO SHOW CAUSE**

RICHARD R. FENTON,

    Defendant(s).

_____/

       The initial case management conference originally scheduled for October 30, 2008, was continued by Clerk's Notice to November 20, 2008. Plaintiff through his counsel of record, Tomas Margain, filed his first amended complaint on November 4, 2008. At the initial case management conference on November 20, 2008, neither plaintiff nor Tomas Margain appeared. Instead, Jacob Sider, an attorney from Margain's office, who is not lead counsel in this case, appeared. Additionally no case management statement had been filed as required by the Civil Local Rules and by order of the court. No one appeared for defendant, as neither the original nor the amended complaint had been served on him.

       The conference was continued to December 18, 2008 to permit plaintiff another opportunity to file a case management statement and to serve the defendant. Mr. Sider was also ordered to advise Mr. Margain that lead counsel is required to appear at case management conferences in the future.

       A certificate of service showing service of the summons and complaint on defendant was filed on December 10, 2008, and the following day a stipulation and request to continue the December 18, 2008 case management conference to January 15, 2009, and the December 11, 2008 deadline for filing the joint case management statement to January 8, 2009. The court granted the request.

However, no statement was filed on January 8, 2009, and neither party appeared at the case management conference on January 15, 2008.

Accordingly, the court hereby issues this ORDER TO SHOW CAUSE why sanctions should not be imposed in the form of dismissal for failure to prosecute, default of non-appearing defendant, or monetary sanctions. The hearing on the ORDER TO SHOW CAUSE will take place on January 29, 2009, at 2:30 p.m. If either party fails to appear in person or by lead counsel, one of the sanctions referred to above will be imposed.

**IT IS SO ORDERED.**

Dated: January 16, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge