1  Herbert L. Terreri, Esq., SBN 169815
   LAW OFFICES OF HERBERT L. TERRERI
2  A Professional Corporation
   132 Mill Street, Suite 210
3  Healdsburg, CA 95448
   (707) 431-1933 Telephone
4  (707) 431-2769 Facsimile

5  Attorney for Defendant,
   RICHARD FENTON, dba
6  FENTON CONSTRUCTION SERVICES

7

8
                   IN THE UNITED STATES DISTRICT COURT
9
                IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12 JOHN DAMON,                        )   CASE NO. C08-03488-JCS
                                      )
13              Plaintiff,            )
         vs.                          )
14                                    )   STIPULATION AND REQUEST TO
   RICHARD R. FENTON dba              )   POSTPONE DEADLINE TO COMPLETE
15 FENTON CONSTRUCTION SERVICES,      )   EARLY NEUTRAL EVALUATION AND
                                      )   CASE MANAGEMENT CONFERENCE
16              Defendant.            )
                                      )
17 _____   )

18
         This Stipulation and Request to Postpone May 1, 2009 Case Management Conference
19
   and extend the deadline to complete the ENE is made by the Parties to this action pursuant to
20
21 Civil Local Rule 7-12, and ADR Local Rule 5.5.

22       Whereas, the parties conducted the telephone conference with evaluator, John H.

23 Feldman, III, on March 11, 2009 at which conference the issues to be evaluated were discussed,
24
   and the parties and the evaluator concluded that in order for the ENE to be meaningful, that some
25
26 limited discovery need be completed and evaluated by the parties prior to the ENE session;

27       The Plaintiff, John Damon, by and through counsel, Jacob Sider, and the Defendant,
28
   Richard Fenton, by and through counsel, Herbert L.Terreri, stipulate as follows:

1. The parties will exchange limited written discovery, and make every effort to exchange responses prior to the deadlines under the FRCP;

2. The parties will conduct a limited deposition of the Plaintiff, to be completed prior to the ENE conference;

3. The deadline to complete the ENE conference shall be extended to May 28, 2009.

Dated: March 16, 2009

_____3/20/2009_____
Jacob Sider, Attorney for Plaintiff,
John Damon

_____3/23/09_____
Herbert L. Terreri, Attorney for
Defendant, Richard Fenton

PURSUANT TO STIPULATION, IT IS ORDERED:

The last day to complete the Early Neutral Evaluation (ENE) in this case is extended to May 28, 2009.

The May 1, 2009 case management conference in this matter is postponed to __June 5__, 2009.

Dated: March 25, 2009

_____
Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California