1  Herbert L. Terreri, Esq., SBN 169815
   LAW OFFICES OF HERBERT L. TERRERI
2  A Professional Corporation
   132 Mill Street, Suite 210
3  Healdsburg, CA 95448
   (707) 431-1933 Telephone
4  (707) 431-2769 Facsimile

5  Attorney for Defendant,
   RICHARD FENTON, dba
6  FENTON CONSTRUCTION SERVICES

7

8                  IN THE UNITED STATES DISTRICT COURT
9
                IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12 JOHN DAMON,                    )   CASE NO. C08-03488-JCS
                                  )
13            Plaintiff,          )
       vs.                        )
14                                )   STIPULATION AND REQUEST TO
   RICHARD R. FENTON dba          )   POSTPONE CASE MANAGEMENT
15 FENTON CONSTRUCTION SERVICES,  )   CONFERENCE
                                  )
16            Defendant.          )
                                  )
17 _____)

18
       This Stipulation and Request to Postpone the June 5, 2009 Case Management Conference
19
   is made by the Parties to this action pursuant to Civil Local Rule 7-12, and ADR Local Rule 5.5.
20
       Counsel for Defendant, Richard Fenton, will be out of state at the time of the June 5,
21
22 2009, Case Management Conference. The parties herewith request that the June 5, 2009, Case

23 Management Conference be moved to June 19 or 26, 2009.

24
   Dated: May 6, 2009
25
   *Jacob Sider (signed electronically)*
26
   _____         _____
27 Jacob Sider, Attorney for Plaintiff,     Herbert L. Terreri, Attorney for
   John Damon                               Defendant, Richard Fenton
28

---

STIPULATION AND REQUEST TO POSTPONE CASE MANAGEMENT CONFERENCE
Case No. C08-03488 JCS                                                              Page 1

PURSUANT TO STIPULATION, IT IS ORDERED:

The June 5, 2009, Case Management Conference in this matter is postponed to June 19, 2009.

Dated: May 6, 2009



_____
Magistrate Judge Joseph C. Spero